[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14876
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 7, 2011
JOHN LEY
CLERK

D.C. Docket No. 2:10-cr-00057-AKK-PWG-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN WILLIAM SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(July 7, 2011)

Before TJOFLAT, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Brett L. Wadsworth, appointed appellate counsel for John William Smith,

has filed a motion to withdraw on appeal supported by a brief prepared pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1936, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's convictions and sentences are **AFFIRMED**.